No. 3,727.—PARIS GIBSON, PLAINTIFF, *v.* STATE BOARD
OF LAND COMMISSIONERS, DEFENDANT.

Original application for writ of injunction.

Decided September 13, 1915.

PER CURIAM.—Plaintiff's application for a writ of injunction is this day by the court denied.

*Messrs. Cooper, Stephenson & Hoover,* for Plaintiff.

————————

No. 3,681.—STATE EX REL. FRANK V. WHITMAN, RELATOR,
*v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for a writ of supervisory control.

Decided September 16, 1915.

PER CURIAM.—Relator's motion to dismiss the order to show cause heretofore issued herein is this day by the court granted, and the matter is accordingly dismissed.

*Messrs. Nolan & Donovan,* for Relator.